UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-cv-80986-MIDDLEBROOKS

DAVID D. GARRIDO,

    Plaintiff,

v.

PRO SERVCIES GROUP, LLC
and ADAM EDISON,

    Defendants.
_____/

## **ORDER STRIKING MOTION**

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Default Judgment, filed on May 8, 2024. (DE 12). This was an action seeking unpaid overtime pay and unpaid minimum wages under the Fair Labor Standards Act. The case was filed on June 30, 2023. (DE 1). On December 29, 2023, I entered an order to Show cause after a *sua sponte* review reflected that Plaintiff had not filed anything in this case since the Complaint. The docket further indicated that Plaintiff had not effectuated service of process on the Defendants and the deadline to do had expired. Thereafter, Plaintiff filed his Response to the Order to Show cause, stating that due to an unintended clerical oversight, Plaintiff's counsel's office failed to calendar the scheduling order deadlines and only became aware of this oversight upon being notified by the CM/ECF system of the Court's Order to Show Cause. (DE 10). I did not find Plaintiff's response satisfactory. (DE 11). Plaintiff did not explain why he did not timely file for an extension. While Plaintiff's clerical oversight might explain why Plaintiff's counsel was not aware of other litigation deadlines, Plaintiff was required to serve defendants within 90 days of the filing of the Complaint. Fed. R. Civ. P. 4(m). Accordingly, on January 5, 2024, I closed the case. (*Id.*)

Now, Plaintiff files a Motion for Default Judgment, which is full of inaccuracies. Plaintiff states that "A Clerk's Default [D.E. 12] was entered on February 21, 2024 against Defendants." (DE 12 at ¶7). Nothing was filed on the docket in February, Plaintiff never filed a Motion for Clerk's Entry of Default, and until Plaintiff's present motion there wasn't even a Docket Entry 12 in this case. Plaintiff's present motion is inappropriate and borderline fictitious. Accordingly, Plaintiff's Motion for Default Judgment (DE 12) is **STRICKEN.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 16 day of May, 2024.

Donald M. Middlebrooks
United States District Judge

Copies to:  Counsel of Record